■ MAZUGA ENTERPRISES, INC., et al., Respondents, v PIONEER PROPERTIES Co., Appellant. [624 NYS2d 997] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Oneida County, Parker, J.—Amend Complaint.) Present —Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.